# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TELECOM CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEOWON INTECH CO., LTD., a Korean corporation, and DOES 1-10,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 8:16-cv-02212-FSW-DFM<br><br>The Hon. Fred W. Slaughter, Presiding<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE [295]**<br><br>Action Filed:　April 18, 2016<br>Trial Date:　　Vacated |

　　On December 8, 2022, before the Honorable Fred W. Slaughter in Courtroom 10D located at 411 West 4th Street in Santa Ana, California 92701, Steven R. Young and Stephen F. Dial, counsel for the plaintiff and counter-defendant, on the one hand, and Patrick L. Rendón, counsel for the defendant and counter-claimant, appeared and advised the Court that a settlement had been reached.

　　Thereafter, a Notice of Settlement was filed (Dkt. 291).

　　Based on the Notice of Settlement, the Court vacated the trial and dismissed the above-captioned lawsuit (the "Action") without prejudice (Dkt. 292).

Through the Joint Stipulation to Dismiss Lawsuit with Prejudice [295], counsel for the parties have advised the Court that terms of the settlement require that the dismissal of the Action be with prejudice.

**GOOD CAUSE** appearing, the Court issues the following **ORDER**:

Pursuant to Fed Rules Civ Proc R 60(d)(1), that portion of the Order (Dkt. 292) dismissing, without prejudice, the Complaint (Dkt. 1-1) and the Second Amended Counter-Claims (Dkt. 37) (collectively, the "Action"), is hereby amended *nunc pro tunc* to provide as follows:

Instead of stating that this Action is dismissed without prejudice, the Order (Dkt. 292) is **DEEMED** to provide that the Action is **DISMISSED WITH PREJUDICE**.

An Order to this effect is hereby entered.

**IT IS SO ORDERED.**

DATED: January 4, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE